FILED'08 APR 21 11:16 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SHAUNA DEL VALLE,

        Plaintiff,

Civil No. 06-1836-HA

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

ORDER

    Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $7000.00 are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412. No costs or expenses are awarded in connection with this matter.

    DATED this 21 day of April, 2008.

                                  /s/ _____
                                UNITED STATES DISTRICT JUDGE/MAGISTRATE

Presented by:

/s/ Phyllis Burke
PHYLLIS BURKE, OSB #814597
(503) 460-3200
Attorney for Plaintiff Del Valle

ORDER